# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PLAYERS NETWORK, INC., | Case No. 2:15-CV-2101-APG-CWH |
| Plaintiff, | |
| v. | **ORDER TO FILE SUPPLEMENT REGARDING REMOVAL** |
| VIS VIRES GROUP, INC.; KBM WORLDWIDE, INC.; SETH KARMER; CURT KRAMER; and CLEAR TRUST, LLC, | |
| Defendants. | |

On November 3, 2015, defendants Vis Vires Group, Inc.; KBM Worldwide, Inc.; Asher Enterprises, Inc.; Seth Kramer; and Curt Kramer removed this action from Nevada state court. (Dkt. #1.) The defendants base removal on diversity jurisdiction, contending the plaintiff is a Nevada corporation and no defendant is a citizen of Nevada. (*Id.*)

However, defendant Clear Trust, LLC is a limited liability company whose citizenship depends on the citizenship of each of its members. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating "an LLC is a citizen of every state of which its owners/members are citizens"). The defendants therefore must supplement their removal petition to identify the citizenship of each member of Clear Trust, LLC.

Additionally, the defendants did not include "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action" with their removal petition as required under 28 U.S.C. § 1446(a). The plaintiff's complaint is not attached to the removal petition. The defendants therefore must supplement their removal petition with a copy of all process, pleadings, and orders served upon them in this action.

IT IS THEREFORE ORDERED that within 10 days of the date of this order, the defendants shall supplement their removal petition to (1) identify the citizenship of every member

of defendant Clear Trust, LLC and (2) include a copy of all process, pleadings, and orders served upon them in this action.

DATED this 4th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE