UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PLAYERS NETWORK INC.,

         Plaintiff,

-against-

VIS VIRES GROUP, INC., ASHER ENTERPRISES,
INC., SETH KRAMER AND CURT KRAMER,

         Defendants.
---------------------------------------------------------------X

Case No.: 2:16-CV-00697
(JMA) (SIL)

CONSENT TO CHANGE
ATTORNEY

IT IS HEREBY CONSENTED that Naidich Wurman, LLP, 111 Great Neck Road, Suite 214, Great Neck, NY 11021 be substituted as attorneys for the defendants Vis Vires Group, Inc., Asher Enterprises, Inc., Seth Kramer and Curt Kramer in the above captioned action in place and stead of the undersigned attorneys, as of the date hereof.

Dated: March 24, 2016
    Great Neck, New York

ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT
Outgoing Attorneys for Defendants
801 So. Rancho Drive, Suite D-4
Las Vegas, NV 89106
(702) 384-7111

Curt Kramer

Seth Kramer

NAIDICH WURMAN LLP.
Incoming Attorneys for Defendants
111 Great Neck Road – Suite 214
Great Neck, NY 11021
(516) 498-2900

VIS VIRES GROUP, INC.
By: _____
 Curt Kramer, President

ASHER ENTERPRISES, INC.
By: _____
 Curt Kramer, President