# NAIDICH WURMAN LLP
*Attorneys at Law*

111 Great Neck Road, Suite 214
Great Neck, New York 11021
Telephone (516) 498-2900
Facsimile (516) 466-3555

RICHARD S. NAIDICH
KENNETH H. WURMAN

BERNARD S. FELDMAN
ROBERT P. JOHNSON
OF COUNSEL

May 25, 2017

<u>VIA ECF & FIRST CLASS MAIL</u>
Hon. Denis R. Hurley
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re:   Players Network, Inc. v. Vis Vires Group, Inc., et al
      Case No.: CV-16-00697
      (DRH) (AKT)

Honorable Sir:

This office represents Vis Vires Group, Inc. and all other defendants in the above entitled action except for Clear Trust LLC which never appeared. We are writing in response to the status report order of May 23, 2017.

We are pleased to advise the Court that this matter has been settled in its entirety pursuant to a fully executed Settlement Agreement which has been complied with by all parties in all respects. Closure of the case has been delayed because of the following circumstances:

The plaintiff was originally represented by a Nevada attorney Jerry Donohue, Esq. due to the fact that the action began as a Nevada state court case which was remanded to the United States District Court for Nevada and thereafter transferred to the Eastern District of New York. To the best of our knowledge and belief and based upon a review of the docket, Mr. Donohue was never discharged or replaced as plaintiff's counsel. However, he declined to participate in the action upon the grounds that he was not admitted in the State of New York or in the Eastern District of New York.

Hon. Denis R. Hurley
May 25, 2017
Page Two

    Subsequently, the plaintiff was represented by a transactional attorney, Sunny Barkats, Esq. who also declined to appear in the action even though he was successful in concluding the Settlement Agreement with this office. Attempts to contact Mr. Donohue to get him to sign off on a Stipulation of Dismissal with Prejudice have been unavailing. We also had direct talks with the principal of the plaintiff, Mr. Mark Bradley who advised that he would get Mr. Donohue to execute such a stipulation. To date, however, all requests in that regard have gone unanswered.

    Under the circumstances, it is respectfully requested that the Court close the case as there is no further action to be taken.

Respectfully yours,

Robert P. Johnson (RPJ-7985)

RPJ:ael
cc: Jerry Donohue, Esq. – jdonohue@bdyllp.com
      Bernard S. Feldman, Esq. – Bernard@bsfpc.com
      Sunny Barkats, Esq. – Sbarkats@jsbarkats.com